| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Tomas Cruz Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–1290<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Dania Maria Cruz<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–2000<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13   10/21/16 |
| Case number: | 16–30154–CMG | Date case converted to chapter: | 7   4/17/17 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Tomas Cruz Jr. | Dania Maria Cruz |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 290 Prospect Avenue<br>Avenel, NJ 07001 | 290 Prospect Avenue<br>Avenel, NJ 07001 |
| 4. | **Debtor's attorney**<br>Name and address | Javier L. Merino<br>Dann & Merino, P.C.<br>1 Meadowlands Plaza<br>Suite 200<br>Room 252<br>East Rutherford, NJ 07073 | Contact phone 201–606–8160 |
| 5. | **Bankruptcy trustee**<br>Name and address | Bunce Atkinson<br>Atkinson & DeBartolo<br>2 Bridge Ave., PO Box 8415<br>Bldg. 2, 3rd Floor<br>Red Bank, NJ 07701 | Contact phone (732) 530–5300 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**         page **1**

Debtor **Tomas Cruz Jr.** and **Dania Maria Cruz**                                                                                           Case number **16–30154–CMG**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 4/18/17 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **May 17, 2017 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/17/17** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                          page **2**

```
                              United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                      Case No. 16-30154-CMG
Tomas Cruz, Jr.                                                             Chapter 7
Dania Maria Cruz
        Debtors                         CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 4                  Date Rcvd: Apr 18, 2017
                              Form ID: 309A               Total Noticed: 79

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2017.
db/jdb         +Tomas Cruz, Jr.,   Dania Maria Cruz,   290 Prospect Avenue,   Avenel, NJ 07001-1157
tr             +Bunce Atkinson,   Atkinson & DeBartolo,   2 Bridge Ave., PO Box 8415,   Bldg. 2, 3rd Floor,
                 Red Bank, NJ 07701-8415
516770490       AllTran Financial,   PO Bo x610,   Sauk Rapids, MN 56379
516457452      +Amex,   9111 Duke Blvd,   Mason, OH 45040-8999
516457457      +Beneficial New Jersey,   17 Academy Street #309,   Newark, NJ 07102-2934
516457458      +Calypso Cay Resort,   4951 Calypso Cay Way,   Kissimmee, FL 34746-5522
516457471      +Citibank,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,   S Louis, MO 63179-0040
516457473      +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
                 S Louis, MO 63179-0040
516457477      +Dann & Merino, P.C.,   1 Meadowlands Plaza,   Suite 200, Room 252,
                 East Rutherford, NJ 07073-2152
516648886       Department Store National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA 98083-0657
516457478      +Dept Of Ed/Navient,   Attn: Claims Dept,   Po Box 9400,   Wilkes Barr, PA 18773-9400
516457488     ++FORSTER & GARBUS LLP,   60 VANDERBILT MOTOR PARKWAY,   P O BOX 9030,   COMMACK NY 11725-9030
               (address filed with court: Forster & Garbus LLP,   ATTN: Bankruptcy,   60 Motor Parkway,
                 Commack, NY 11725)
516770518      +Kabbage,   ATTN: Bankruptcy,   PO Box 77073,   Atlanta, GA 30357-1073
516480989      +Lynx Asset Services LLC,   30 Freneau Avenue,   Matawan, NJ 07747-3390
516457491      +Lynx Asset Services, Inc.,   ATTN: Bankruptcy,   30 Freneau Avenue,   Matawan, NJ 07747-3390
516457492      +Michael A. Alfieri PC,   30 Freneau Avenue, Suite 2-A,   Matawan, NJ 07747-3392
516596962       Navient Solutions, Inc. on behalf of,   Department of Education Loan Services,   P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
516457493      +New Jersey Dept. of Taxation,   ATTN: Bankruptcy,   PO Box 245,   Trenton, NJ 08695-0245
516457494      +PayPal Credit,   PO Box 105658,   Atlanta, GA 30348-5658
516457495      +Pinnacle,   Po Box 130848,   Carlsbad, CA 92013-0848
516770525      +Plave Koch PLC,   12005 Sunrise Valley Drive,   Reston, VA 20191-3469
516538337     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,   Division of Taxation,   Bankruptcy Section,
                 PO Box 245,   Trenton, NJ 08695-0245)
516457498      +Santander Bank,   587 Main Street,   Woodbridge, NJ 07095-1104
516457499      +Santander Bank N.a.,   865 Brook St,   Rocky Hill, CT 06067-3444
516482864      +TD Auto Finance LLC,   c/o Michael E. Blaine, Esq.,   30 Montgomery Street, Suite 1205,
                 Jersey City, NJ 07302-3835
516481093      +TD Auto Finance LLC,   c/o Schiller, Knapp, Lefkowitz,  & Hertzel, LLP,
                 950 New Loudon Road, Suite 109,   Latham, NY 12110-2100
516481112      +TD Bank Auto Finance, LLC,   PO Box 16041,   Lewiston, ME 04243-9523
516770533     #+The Cleaning Authority LLC,   ATTN: Bankruptcy,   7230 Lee DeForest Drive,
                 Columbia, MD 21046-3249
516530688      +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                 Addison, Texas 75001-9013
516457509      +US Attorney General,   US Dept of Justice,   Bankruptcy Dept,   PO Box 55, Ben Franklin Station,
                 Washington, DC 20044-0055
516457510       Verizon,   Recovery Departmen,   One Alpharetta Place R,   Alpharetta, GA 30004
516457512      +Visa Dept Store National Bank,   9111 Duke Blvd,   Mason, OH 45040-8999
516457511      +Visa Dept Store National Bank,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
516457514       Wells Fargo Home Projects Visa,   Cscl Dispute Team N8235-04m,   Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: jmerino@dannlaw.com Apr 18 2017 22:14:03    Javier L. Merino,
                 Dann & Merino, P.C.,   1 Meadowlands Plaza,   Suite 200,  Room 252,
                 East Rutherford, NJ  07073
tr             +EDI: BBDATKINSON Apr 18 2017 21:58:00    Bunce Atkinson,   Atkinson & DeBartolo,
                 2 Bridge Ave., PO Box 8415,   Bldg. 2, 3rd Floor,   Red Bank, NJ 07701-8415
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 18 2017 22:15:11    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 18 2017 22:15:07    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516560188       EDI: BECKLEE.COM Apr 18 2017 21:58:00    American Express Bank, FSB,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern  PA 19355-0701
516578595       EDI: BECKLEE.COM Apr 18 2017 21:58:00    American Express Centurion Bank,
                 c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
516457449      +EDI: AMEREXPR.COM Apr 18 2017 21:58:00    Amex,   Correspondence,   Po Box 981540,
                 ElPaso, TX 79998-1540
516457447      +EDI: AMEREXPR.COM Apr 18 2017 21:58:00    Amex,   Correspondence,   Po Box 981540,
                 El Paso, TX 79998-1540
516457450      +EDI: AMEREXPR.COM Apr 18 2017 21:58:00    Amex,   Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
516457453      +EDI: TSYS2.COM Apr 18 2017 21:58:00    Barclays Bank Delaware,   Po Box 8801,
                 Wilmington, DE 19899-8801
```

```
District/off: 0312-3          User: admin              Page 2 of 4                  Date Rcvd: Apr 18, 2017
                              Form ID: 309A            Total Noticed: 79


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516457455      +EDI: TSYS2.COM Apr 18 2017 21:58:00      Barclays Bank Delaware,    Po Box 8803,
                Wilmington, DE 19899-8803
516457462       EDI: CAPITALONE.COM Apr 18 2017 21:58:00      Capital One,    15000 Capital One Dr,
                Richmond, VA 23238
516770498      +E-mail/Text: bankruptcy@cavps.com Apr 18 2017 22:15:30       Calvary SPV I LLC,
                500 Summit Lake Drive #400,    Valhalla, NY 10595-1340
516457459      +EDI: CAPITALONE.COM Apr 18 2017 21:58:00      Capital One,    Po Box 30285,
                Salt Lake City, UT 84130-0285
516485589       EDI: CAPITALONE.COM Apr 18 2017 21:58:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC 28272-1083
516457465      +EDI: CHASE.COM Apr 18 2017 21:58:00      Chase Card Services,    Attn: Correspondence Dept,
                Po Box 15298,    Wilmingotn, DE 19850-5298
516457468      +EDI: CHASE.COM Apr 18 2017 21:58:00      Chase Card Services,    Po Box 15298,
                Wilmington, DE 19850-5298
516457472      +EDI: CITICORP.COM Apr 18 2017 21:58:00      Citibank,    Po Box 6241,
                Sioux Falls, SD 57117-6241
516457474      +EDI: CITICORP.COM Apr 18 2017 21:58:00      Citibank/The Home Depot,     Po Box 6497,
                Sioux Falls, SD 57117-6497
516457475       EDI: WFNNB.COM Apr 18 2017 21:58:00      Comenity Bank/nwyrk&co,    Po Box 18215,
                Columbus, OH 43218
516457476      +EDI: WFNNB.COM Apr 18 2017 21:58:00      Comenity Bank/nwyrk&co,     220 W Schrock Rd,
                Westerville, OH 43081-2873
516688975      +E-mail/Text: bncmail@w-legal.com Apr 18 2017 22:15:22       Comenity Capital Bank/Paypal Credit,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
516457487       EDI: DISCOVER.COM Apr 18 2017 21:58:00      Discover Financial,    Po Box 15316,
                Wilmington, DE 19850
516457482      +EDI: NAVIENTFKASMDOE.COM Apr 18 2017 21:58:00      Dept Of Ed/Navient,    Po Box 9635,
                Wilkes Barre, PA 18773-9635
516467818       EDI: DISCOVER.COM Apr 18 2017 21:58:00      Discover Bank,    Discover Products Inc,
                PO Box 3025,    New Albany, OH 43054-3025
516457486      +EDI: DISCOVER.COM Apr 18 2017 21:58:00      Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
516457490       EDI: IRS.COM Apr 18 2017 21:58:00      IRS,    ATTN: Bankruptcy,
                1240 East 9th Street, Room #493,    Cleveland, OH 44199
516770519      +E-mail/Text: kabbagebankruptcy@brantonlawfirm.com Apr 18 2017 22:16:10        Kabbage,
                ATTN: Bankruptcy,    PO Box 77081,    Atlanta, GA 30357-1081
516586256       EDI: RESURGENT.COM Apr 18 2017 21:58:00      LVNV Funding, LLC its successors and assigns as,
                assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
516457496       EDI: PRA.COM Apr 18 2017 21:58:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
516688671       EDI: PRA.COM Apr 18 2017 21:58:00      Portfolio Recovery Associates, LLC,     c/o Best Buy,
                POB 41067,    Norfolk VA 23541
516667864       EDI: PRA.COM Apr 18 2017 21:58:00      Portfolio Recovery Associates, LLC,
                c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
516688678       EDI: PRA.COM Apr 18 2017 21:58:00      Portfolio Recovery Associates, LLC,     c/o Juniper,
                POB 41067,    Norfolk VA 23541
516689706       EDI: PRA.COM Apr 18 2017 21:58:00      Portfolio Recovery Associates, LLC,
                c/o Nfl Extra Points,    POB 41067,    Norfolk VA 23541
516688675       EDI: PRA.COM Apr 18 2017 21:58:00      Portfolio Recovery Associates, LLC,     c/o The Home Depot,
                POB 41067,    Norfolk VA 23541
516537971       EDI: Q3G.COM Apr 18 2017 21:58:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                PO Box 788,    Kirkland, WA 98083-0788
516529095      +E-mail/Text: n.miller@santander.us Apr 18 2017 22:16:10       Santander Bank, N.A.,
                601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3544
516666328      +EDI: RMSC.COM Apr 18 2017 21:58:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
516457505      +EDI: CHRYSLER.COM Apr 18 2017 21:58:00      TD Auto Financial,    Po Box 9223,
                Farmington Hills, MI 48333-9223
516690523      +E-mail/Text: bncmail@w-legal.com Apr 18 2017 22:15:22       TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516457507       EDI: TFSR.COM Apr 18 2017 21:58:00      Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                Parsippany, NJ 07054
516457506       EDI: TFSR.COM Apr 18 2017 21:58:00      Toyota Motor Credit Co,    Po Box 8026,
                Cedar Rapids, IA 52408
516457503      +EDI: WTRRNBANK.COM Apr 18 2017 21:58:00      Target,    C/O Financial & Retail Services,
                Mailstop BT PO Box 9475,    Minneapolis, MN 55440-9475
516457504      +EDI: WTRRNBANK.COM Apr 18 2017 21:58:00      Target,    Po Box 673,    Minneapolis, MN 55440-0673
516592486       EDI: WFFC.COM Apr 18 2017 21:58:00      Wells Fargo Bank, N.A.,    PO Box 10438,
                Des Moines, IA 50306-0438
516457513      +EDI: WFFC.COM Apr 18 2017 21:58:00      Wells Fargo Home Projects Visa,
                Written Correspondence Resolutions,    Mac#X2302-04c Po Box 10335,    Des Moines, IA 50306-0335
                                                                                                TOTAL: 46
```

```
District/off: 0312-3           User: admin             Page 3 of 4             Date Rcvd: Apr 18, 2017
                               Form ID: 309A           Total Noticed: 79


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516770492*     +Amex,   Correspondence,    Po Box 981540,    ElPaso, TX 79998-1540
516457448*     +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516770491*     +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516457451*     +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
516770493*     +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
516770494*     +Amex,   9111 Duke Blvd,    Mason, OH 45040-8999
516457454*     +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
516770495*     +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
516457456*     +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
516770496*     +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
516770497*     +Beneficial New Jersey,    17 Academy Street #309,    Newark, NJ 07102-2934
516457463*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
516457464*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
516770501*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
516770499*     +Calypso Cay Resort,    4951 Calypso Cay Way,    Kissimmee, FL 34746-5522
516457460*     +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
516457461*     +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
516770500*     +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
516457466*     +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmingotn, DE 19850-5298
516457467*     +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmingotn, DE 19850-5298
516770502*     +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmingotn, DE 19850-5298
516457469*     +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
516457470*     +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
516770503*     +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
516770504*     +Citibank,   Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,    S Louis, MO 63179-0040
516770505*     +Citibank,   Po Box 6241,    Sioux Falls, SD 57117-6241
516770507*     +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
516770506*     +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                S Louis, MO 63179-0040
516770508*      Comenity Bank/nwyrk&co,    Po Box 18215,    Columbus, OH 43218
516770509*     +Comenity Bank/nwyrk&co,    220 W Schrock Rd,    Westerville, OH 43081-2873
516770514*    ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court: Discover Financial,    Po Box 15316,    Wilmington, DE 19850)
516770510*     +Dann & Merino, P.C.,    1 Meadowlands Plaza,    Suite 200, Room 252,
                East Rutherford, NJ 07073-2152
516457483*     +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
516457484*     +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
516457485*     +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
516770512*     +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
516457479*     +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
516457480*     +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
516457481*     +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
516770511*     +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
516770513*     +Discover Financial,    Po Box 3025,    New Albany, OH 43054-3025
516770515*    ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
               (address filed with court: Forster & Garbus LLP,    ATTN: Bankruptcy,    60 Motor Parkway,
                Commack, NY 11725)
516770517*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court: IRS,   ATTN: Bankruptcy,    1240 East 9th Street, Room #493,
                Cleveland, OH 44199)
516457489*     +IRS,   c/o Bankruptcy Dept.,    PO Box 7346,    Philadelphia, PA 19101-7346
516770516*     +IRS,   c/o Bankruptcy Dept.,    PO Box 7346,    Philadelphia, PA 19101-7346
516770520*     +Lynx Asset Services, Inc.,    ATTN: Bankruptcy,    30 Freneau Avenue,    Matawan, NJ 07747-3390
516770521*     +Michael A. Alfieri PC,    30 Freneau Avenue, Suite 2-A,    Matawan, NJ 07747-3392
516770522*     +New Jersey Dept. of Taxation,    ATTN: Bankruptcy,    PO Box 245,    Trenton, NJ 08695-0245
516770526*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541)
516770523*     +PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
516770524*     +Pinnacle,   Po Box 130848,    Carlsbad, CA 92013-0848
516770527*     +Portfolio Recovery,    287 Independence,    Virginia Beach, VA 23462-2962
516770528*     +Santander Bank,    587 Main Street,    Woodbridge, NJ 07095-1104
516457500*     +Santander Bank N.a.,    865 Brook St,    Rocky Hill, CT 06067-3444
516457501*     +Santander Bank N.a.,    865 Brook St,    Rocky Hill, CT 06067-3444
516457502*     +Santander Bank N.a.,    865 Brook St,    Rocky Hill, CT 06067-3444
516770529*     +Santander Bank N.a.,    865 Brook St,    Rocky Hill, CT 06067-3444
516770532*     +TD Auto Financial,    Po Box 9223,    Farmington Hills, MI 48333-9223
516770535*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                Parsippany, NJ 07054)
516457508*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
516770534*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
```

```
District/off: 0312-3          User: admin              Page 4 of 4                  Date Rcvd: Apr 18, 2017
                              Form ID: 309A            Total Noticed: 79


          ***** BYPASSED RECIPIENTS (continued) *****
516770530*     +Target,   C/O Financial & Retail Services,   Mailstop BT PO Box 9475,
                 Minneapolis, MN 55440-9475
516770531*     +Target,   Po Box 673,   Minneapolis, MN 55440-0673
516770536*     +US Attorney General,   US Dept of Justice,   Bankruptcy Dept,   PO Box 55, Ben Franklin Station,
                 Washington, DC 20044-0055
516770537*      Verizon,   Recovery Departmen,   One Alpharetta Place R,   Alpharetta, GA 30004
516770538*     +Visa Dept Store National Bank,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
516770539*     +Visa Dept Store National Bank,   9111 Duke Blvd,   Mason, OH 45040-8999
516770540*     +Wells Fargo Home Projects Visa,   Written Correspondence Resolutions,
                 Mac#X2302-04c Po Box 10335,   Des Moines, IA 50306-0335
516770541*      Wells Fargo Home Projects Visa,   Cscl Dispute Team N8235-04m,   Des Moines, IA 50306
516457497      ##+Portfolio Recovery,   287 Independence,   Virginia Beach, VA 23462-2962
                                                                                          TOTALS: 0, * 69, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Bunce   Atkinson    bunceatkinson@aol.com,    NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn   O'Hagan    on behalf of Creditor    IRS-DEPARTMENT OF TREASURY eamonn.ohagan@usdoj.gov
              Javier L. Merino    on behalf of Joint Debtor Dania Maria Cruz jmerino@dannlaw.com,
               notices@dannlaw.com;sarah@dannlaw.com;bflick@dannlaw.com
              Javier L. Merino    on behalf of Debtor Tomas  Cruz, Jr. jmerino@dannlaw.com,
               notices@dannlaw.com;sarah@dannlaw.com;bflick@dannlaw.com
              Michael A. Alfieri    on behalf of Creditor    Lynx Asset Services LLC vdumani@malfierilaw.com
              Michael A. Alfieri    on behalf of Loss Mitigation    Lynx Asset Services, LLC
               vdumani@malfierilaw.com
              Michael E. Blaine    on behalf of Creditor    TD Auto Finance LLC mblaine@schillerknapp.com,
               tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
                                                                                            TOTAL: 9
```