DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Michael E Blaine, Esq. (ID #018132006)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, TD Auto Finance, LLC

**Order Filed on April 24, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    TOMAS CRUZ, JR.
    AND DANIA MARIA CRUZ

              Debtor.

Case No.: 16-30154-CMG

Judge: Hon. Christine M. Gravelle

Chapter: 13

**CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

**The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.**

**DATED: April 24, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-2(c)

Michael E Blaine, Esq. (ID #018132006)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, TD Auto Finance, LLC

In Re:

TOMAS CRUZ, JR.
AND DANIA MARIA CRUZ

Debtor.

Case No.: 16-30154-CMG

Judge: Hon. Christine M. Gravelle

Chapter: 13

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

WHEREAS, TD Auto Finance, LLC (hereinafter "creditor") moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, herein; and

WHEREAS, the parties have agreed to resolve the instant dispute by this Consent Order;

NOW THEREFORE, the creditor and debtor hereby agree as follows:

1. That the debtor will cure the post-petition default of $2,461.98 by making a payment to the Creditor in the amount of $1,230.99 on or before May 5, 2017 and a payment to the Creditor in the amount of $1,230.99 on or before June 5, 2017.

2. That the debtor will continue to make regular monthly payments pursuant to the terms of the Retail Installment Contract, commencing with the payment due on or before May 3, 2017, in the amount of $410.33.

3. In the event debtors fail to make any payment called for in this Consent Order thirty (30) days of the due date, creditor may submit a certification of default and a proposed Order for Relief from Automatic Stay to the Court and serve a copy of such certification of default upon the debtor and counsel

for debtor. Fourteen (14) days after receipt of a certification of default, the Court will enter an Order granting the creditor relief from the automatic stay unless the debtors have filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

    4. The debtors shall reimburse the creditor through the Chapter 13 Plan for its attorneys' fees in the amount of $350.00 and costs of $181.00 for bringing the motion for relief from the automatic stay.

_____
Michael E Blaine, Esq.
Attorneys for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302

Date: April __, 2017

_____
Javier L. Merino, Esq.
Attorney for Debtors
Dann & Merino, P.C.
1 Meadowlands Plaza, Suite 200, Room 252
East Rutherford, New Jersey 07073

Date: April 12, 2017

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-30154-CMG
Tomas Cruz, Jr.                                                                 Chapter 7
Dania Maria Cruz
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1              Date Rcvd: Apr 24, 2017
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2017.
db/jdb         +Tomas Cruz, Jr.,   Dania Maria Cruz,   290 Prospect Avenue,   Avenel, NJ 07001-1157

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2017 at the address(es) listed below:
              Bunce Atkinson    bunceatkinson@aol.com,   NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor    IRS-DEPARTMENT OF TREASURY eamonn.ohagan@usdoj.gov
              Javier L. Merino    on behalf of Debtor Tomas  Cruz, Jr. jmerino@dannlaw.com,
               notices@dannlaw.com;sarah@dannlaw.com;bflick@dannlaw.com
              Javier L. Merino    on behalf of Joint Debtor Dania Maria Cruz jmerino@dannlaw.com,
               notices@dannlaw.com;sarah@dannlaw.com;bflick@dannlaw.com
              Michael A. Alfieri    on behalf of Creditor    Lynx Asset Services LLC vdumani@malfierilaw.com
              Michael A. Alfieri    on behalf of Loss Mitigation    Lynx Asset Services, LLC
               vdumani@malfierilaw.com
              Michael E. Blaine    on behalf of Creditor    TD Auto Finance LLC mblaine@schillerknapp.com,
               tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
                                                                                               TOTAL: 8