UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: TOMAS CRUZ, JR. AND DANIA MARIA CRUZ,

Case No.: 16-30154
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

_Bunce D. Atkinson_, _Trustee_ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _Christine M. Gravelle_ on _June 27, 2017_ at _10:00_ a.m. at the United States Bankruptcy Court, Courtroom no. _3_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
290 Prospect Avenue, Avenel, NJ 07001 ($301,548.00)

4951 Calypso Cay Way, Kissimmee, FL timeshare ($1.00)

Liens on property:
Barclays Bank Delaware-PO Box 8801, Wilmington, DE 19899 ($1,843.00)
Beneficial New Jersey-17 Academy Street, #309, Newark, NJ 07102 ($8,000.00)
Lynx Asset Services Attn: Bankruptcy, 30 Freneau Avenue, Matawan, NJ 07747 ($397,943.42)

Amount of equity claimed as exempt: $0.00
$1.00

Objections must be served on, and requests for additional information directed to:

Name: Bunce D. Atkinson, Esq.
Address: PO Box 8415, Red Bank, NJ 07701
Telephone No.: 732-530-5300

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:  
Tomas Cruz, Jr.  
Dania Maria Cruz  
    Debtors

Case No. 16-30154-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4     Date Rcvd: May 25, 2017  
                   Form ID: pdf905     Total Noticed: 77

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2017.

```
db/jdb         +Tomas Cruz, Jr.,    Dania Maria Cruz,    290 Prospect Avenue,    Avenel, NJ 07001-1157
aty            +Michael Alfieri,    The Law Offices of Michael Alfieri, LLC,    30 Freneau Avenue,
                 Matawan, NJ 07747-3390
516770490       AllTran Financial,    PO Bo x610,    Sauk Rapids, MN 56379
516560188       American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516578595       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
516457450      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
516457452      +Amex,   9111 Duke Blvd,    Mason, OH 45040-8999
516457447      +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516457449      +Amex,   Correspondence,    Po Box 981540,    ElPaso, TX 79998-1540
516457455      +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
516457453      +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
516457457      +Beneficial New Jersey,    17 Academy Street #309,    Newark, NJ 07102-2934
516457462     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
516457458      +Calypso Cay Resort,    4951 Calypso Cay Way,    Kissimmee, FL 34746-5522
516457459      +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
516485589       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516457468      +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
516457465      +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmingotn, DE 19850-5298
516457472      +Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
516457471      +Citibank,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,    S Louis, MO 63179-0040
516457474      +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
516457473      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516457476      +Comenity Bank/nwyrk&co,    220 W Schrock Rd,    Westerville, OH 43081-2873
516457475       Comenity Bank/nwyrk&co,    Po Box 18215,    Columbus, OH 43218
516457477      +Dann & Merino, P.C.,    1 Meadowlands Plaza,    Suite 200, Room 252,
                 East Rutherford, NJ 07073-2152
516648886       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
516457478      +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
516457488     ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
                 (address filed with court: Forster & Garbus LLP,    ATTN: Bankruptcy,    60 Motor Parkway,
                 Commack, NY 11725)
516770518      +Kabbage,   ATTN: Bankruptcy,    PO Box 77073,    Atlanta, GA 30357-1073
516480989      +Lynx Asset Services LLC,    30 Freneau Avenue,    Matawan, NJ 07747-3390
516457491      +Lynx Asset Services, Inc.,    ATTN: Bankruptcy,    30 Freneau Avenue,    Matawan, NJ 07747-3390
516457492      +Michael A. Alfieri PC,    30 Freneau Avenue, Suite 2-A,    Matawan, NJ 07747-3392
516596962       Navient Solutions, Inc. on behalf of,    Department of Education Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
516457493      +New Jersey Dept. of Taxation,    ATTN: Bankruptcy,    PO Box 245,    Trenton, NJ 08695-0245
516457494      +PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
516457495      +Pinnacle,    Po Box 130848,    Carlsbad, CA 92013-0848
516770525      +Plave Koch PLC,    12005 Sunrise Valley Drive,    Reston, VA 20191-3469
516538337     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
516457498      +Santander Bank,    587 Main Street,    Woodbridge, NJ 07095-1104
516457499      +Santander Bank N.a.,    865 Brook St,    Rocky Hill, CT 06067-3444
516482864      +TD Auto Finance LLC,    c/o Michael E. Blaine, Esq.,    30 Montgomery Street, Suite 1205,
                 Jersey City, NJ 07302-3835
516481093      +TD Auto Finance LLC,    c/o Schiller, Knapp, Lefkowitz,    & Hertzel, LLP,
                 950 New Loudon Road, Suite 109,    Latham, NY 12110-2100
516457505      +TD Auto Financial,    Po Box 9223,    Farmington Hills, MI 48333-9223
516481112      +TD Bank Auto Finance, LLC,    PO Box 16041,    Lewiston, ME 04243-9523
516457507     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
516457503      +Target,    C/O Financial & Retail Services,    Mailstop BT PO Box 9475,
                 Minneapolis, MN 55440-9475
516457504      +Target,    Po Box 673,    Minneapolis, MN 55440-0673
516770533      #+The Cleaning Authority LLC,    ATTN: Bankruptcy,    7230 Lee DeForest Drive,
                 Columbia, MD 21046-3249
516530688      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
516457509      +US Attorney General,    US Dept of Justice,    Bankruptcy Dept,    PO Box 55, Ben Franklin Station,
                 Washington, DC 20044-0055
516457510       Verizon,   Recovery Departmen,    One Alpharetta Place R,    Alpharetta, GA 30004
516457512      +Visa Dept Store National Bank,    9111 Duke Blvd,    Mason, OH 45040-8999
516457511      +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

```
District/off: 0312-3          User: admin              Page 2 of 4                   Date Rcvd: May 25, 2017
                              Form ID: pdf905          Total Noticed: 77


516592486       Wells Fargo Bank, N.A.,   PO Box 10438,   Des Moines, IA   50306-0438
516457514       Wells Fargo Home Projects Visa,   Cscl Dispute Team N8235-04m,   Des Moines, IA 50306
516457513      +Wells Fargo Home Projects Visa,   Written Correspondence Resolutions,
                 Mac#X2302-04c Po Box 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 25 2017 22:42:04      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 25 2017 22:42:00      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516770498      +E-mail/Text: bankruptcy@cavps.com May 25 2017 22:42:18      Calvary SPV I LLC,
                 500 Summit Lake Drive #400,   Valhalla, NY 10595-1340
516688975      +E-mail/Text: bncmail@w-legal.com May 25 2017 22:42:12      Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
516457487       E-mail/Text: mrdiscen@discover.com May 25 2017 22:41:23      Discover Financial,   Po Box 15316,
                 Wilmington, DE 19850
516457482      +E-mail/PDF: pa_dc_ed@navient.com May 25 2017 22:38:29      Dept Of Ed/Navient,   Po Box 9635,
                 Wilkes Barre, PA 18773-9635
516467818       E-mail/Text: mrdiscen@discover.com May 25 2017 22:41:23      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH   43054-3025
516457486      +E-mail/Text: mrdiscen@discover.com May 25 2017 22:41:23      Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
516457490       E-mail/Text: cio.bncmail@irs.gov May 25 2017 22:41:36      IRS,   ATTN: Bankruptcy,
                 1240 East 9th Street, Room #493,   Cleveland, OH 44199
516770519      +E-mail/Text: kabbagebankruptcy@brantonlawfirm.com May 25 2017 22:42:49      Kabbage,
                 ATTN: Bankruptcy,   PO Box 77081,   Atlanta, GA 30357-1081
516586256       E-mail/PDF: resurgentbknotifications@resurgent.com May 25 2017 22:37:52
                 LVNV Funding, LLC its successors and assigns as,   assignee of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
516457496       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 25 2017 22:38:31
                 Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
516688671       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 25 2017 22:58:16
                 Portfolio Recovery Associates, LLC,   c/o Best Buy,   POB 41067,   Norfolk VA 23541
516667864       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 25 2017 22:58:16
                 Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.a.,   POB 41067,
                 Norfolk VA 23541
516688678       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 25 2017 22:58:16
                 Portfolio Recovery Associates, LLC,   c/o Juniper,   POB 41067,   Norfolk VA 23541
516689706       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 25 2017 22:38:31
                 Portfolio Recovery Associates, LLC,   c/o Nfl Extra Points,   POB 41067,   Norfolk VA 23541
516688675       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 25 2017 22:37:57
                 Portfolio Recovery Associates, LLC,   c/o The Home Depot,   POB 41067,   Norfolk VA 23541
516537971       E-mail/Text: bnc-quantum@quantum3group.com May 25 2017 22:41:54
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA   98083-0788
516529095      +E-mail/Text: n.miller@santander.us May 25 2017 22:42:50      Santander Bank, N.A.,
                 601 Penn Street,   10-6438-FB7,   Reading, PA 19601-3544
516666328      +E-mail/PDF: gecsedi@recoverycorp.com May 25 2017 22:38:19      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516690523      +E-mail/Text: bncmail@w-legal.com May 25 2017 22:42:12      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                               TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Lynx Asset Services LLC,   30 Freneau Avenue,   Matawan, NJ 07747-3390
lm*            +Lynx Asset Services, LLC,   30 Freneau Avenue,   Matawan, NJ 07747-3390
516770492*     +Amex,   Correspondence,   Po Box 981540,   ElPaso, TX 79998-1540
516457448*     +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
516770491*     +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
516457451*     +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
516770493*     +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
516770494*     +Amex,   9111 Duke Blvd,   Mason, OH 45040-8999
516457454*     +Barclays Bank Delaware,   Po Box 8801,   Wilmington, DE 19899-8801
516770495*     +Barclays Bank Delaware,   Po Box 8801,   Wilmington, DE 19899-8801
516457456*     +Barclays Bank Delaware,   Po Box 8803,   Wilmington, DE 19899-8803
516770496*     +Barclays Bank Delaware,   Po Box 8803,   Wilmington, DE 19899-8803
516770497*     +Beneficial New Jersey,   17 Academy Street #309,   Newark, NJ 07102-2934
516457463*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,   15000 Capital One Dr,   Richmond, VA 23238)
516457464*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,   15000 Capital One Dr,   Richmond, VA 23238)
516770501*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,   15000 Capital One Dr,   Richmond, VA 23238)
516770499*     +Calypso Cay Resort,   4951 Calypso Cay Way,   Kissimmee, FL 34746-5522
516457460*     +Capital One,   Po Box 30285,   Salt Lake City, UT 84130-0285
516457461*     +Capital One,   Po Box 30285,   Salt Lake City, UT 84130-0285
516770500*     +Capital One,   Po Box 30285,   Salt Lake City, UT 84130-0285
516457466*     +Chase Card Services,   Attn: Correspondence Dept,   Po Box 15298,   Wilmingotn, DE 19850-5298
516457467*     +Chase Card Services,   Attn: Correspondence Dept,   Po Box 15298,   Wilmingotn, DE 19850-5298
516770502*     +Chase Card Services,   Attn: Correspondence Dept,   Po Box 15298,   Wilmingotn, DE 19850-5298
```

```
District/off: 0312-3          User: admin               Page 3 of 4                   Date Rcvd: May 25, 2017
                              Form ID: pdf905           Total Noticed: 77


            ***** BYPASSED RECIPIENTS (continued) *****
516457469*     +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
516457470*     +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
516770503*     +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
516457504*     +Citibank,   Citicorp Cr Srvs/Centralized Bankruptcy,     Po Box 790040,    S Louis, MO 63179-0040
516770505*     +Citibank,   Po Box 6241,    Sioux Falls, SD 57117-6241
516770507*     +Citibank/The Home Depot,     Po Box 6497,    Sioux Falls, SD 57117-6497
516770506*     +Citibank/The Home Depot,     Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516770508*      Comenity Bank/nwyrk&co,     Po Box 18215,    Columbus, OH 43218
516770509*     +Comenity Bank/nwyrk&co,     220 W Schrock Rd,    Westerville, OH 43081-2873
516770514*    ++DISCOVER FINANCIAL SERVICES LLC,     PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court: Discover Financial,      Po Box 15316,    Wilmington, DE 19850)
516770510*     +Dann & Merino, P.C.,    1 Meadowlands Plaza,     Suite 200, Room 252,
                 East Rutherford, NJ 07073-2152
516457483*     +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
516457484*     +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
516457485*     +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
516770512*     +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
516457479*     +Dept Of Ed/Navient,    Attn: Claims Dept,     Po Box 9400,    Wilkes Barr, PA 18773-9400
516457480*     +Dept Of Ed/Navient,    Attn: Claims Dept,     Po Box 9400,    Wilkes Barr, PA 18773-9400
516457481*     +Dept Of Ed/Navient,    Attn: Claims Dept,     Po Box 9400,    Wilkes Barr, PA 18773-9400
516770511*     +Dept Of Ed/Navient,    Attn: Claims Dept,     Po Box 9400,    Wilkes Barr, PA 18773-9400
516770513*     +Discover Financial,    Po Box 3025,    New Albany, OH 43054-3025
516770515*    ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,     P O BOX 9030,    COMMACK NY 11725-9030
               (address filed with court: Forster & Garbus LLP,      ATTN: Bankruptcy,    60 Motor Parkway,
                 Commack, NY 11725)
516770517*    ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: IRS,     ATTN: Bankruptcy,    1240 East 9th Street, Room #493,
                 Cleveland, OH 44199)
516457489*     +IRS,   c/o Bankruptcy Dept.,     PO Box 7346,    Philadelphia, PA 19101-7346
516770516*     +IRS,   c/o Bankruptcy Dept.,     PO Box 7346,    Philadelphia, PA 19101-7346
516770520*     +Lynx Asset Services, Inc.,     ATTN: Bankruptcy,    30 Freneau Avenue,    Matawan, NJ 07747-3390
516770521*     +Michael A. Alfieri PC,    30 Freneau Avenue, Suite 2-A,     Matawan, NJ 07747-3392
516770522*     +New Jersey Dept. of Taxation,     ATTN: Bankruptcy,    PO Box 245,    Trenton, NJ 08695-0245
516770526*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,      Po Box 41067,    Norfolk, VA 23541)
516770523*     +PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
516770524*     +Pinnacle,   Po Box 130848,    Carlsbad, CA 92013-0848
516770527*     +Portfolio Recovery,    287 Independence,     Virginia Beach, VA 23462-2962
516770528*     +Santander Bank,    587 Main Street,    Woodbridge, NJ 07095-1104
516457500*     +Santander Bank N.a.,    865 Brook St,    Rocky Hill, CT 06067-3444
516457501*     +Santander Bank N.a.,    865 Brook St,    Rocky Hill, CT 06067-3444
516457502*     +Santander Bank N.a.,    865 Brook St,    Rocky Hill, CT 06067-3444
516770529*     +Santander Bank N.a.,    865 Brook St,    Rocky Hill, CT 06067-3444
516770532*     +TD Auto Financial,    Po Box 9223,    Farmington Hills, MI 48333-9223
516770535*    ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,      4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
516457506*    ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,      Po Box 8026,    Cedar Rapids, IA 52408)
516457508*    ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,      Po Box 8026,    Cedar Rapids, IA 52408)
516770534*    ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,      Po Box 8026,    Cedar Rapids, IA 52408)
516770530*     +Target,   C/O Financial & Retail Services,     Mailstop BT PO Box 9475,
                 Minneapolis, MN 55440-9475
516770531*     +Target,   Po Box 673,    Minneapolis, MN 55440-0673
516770536*     +US Attorney General,    US Dept of Justice,     Bankruptcy Dept,    PO Box 55, Ben Franklin Station,
                 Washington, DC 20044-0055
516770537*      Verizon,   Recovery Departmen,     One Alpharetta Place R,    Alpharetta, GA 30004
516770538*     +Visa Dept Store National Bank,     Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516770539*     +Visa Dept Store National Bank,     9111 Duke Blvd,    Mason, OH 45040-8999
516770540*     +Wells Fargo Home Projects Visa,     Written Correspondence Resolutions,
                 Mac#X2302-04c Po Box 10335,     Des Moines, IA 50306-0335
516770541*      Wells Fargo Home Projects Visa,     Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
516457497     ##+Portfolio Recovery,    287 Independence,     Virginia Beach, VA 23462-2962
                                                                                              TOTALS: 0, * 72, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 4 of 4                Date Rcvd: May 25, 2017
                              Form ID: pdf905          Total Noticed: 77
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2017 at the address(es) listed below:

      Bunce Atkinson    on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com, maraujo@atkinsondebartolo.org
      Bunce Atkinson    bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
      Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Eamonn O'Hagan    on behalf of Creditor    IRS-DEPARTMENT OF TREASURY eamonn.ohagan@usdoj.gov
      Javier L. Merino    on behalf of Joint Debtor Dania Maria Cruz jmerino@dannlaw.com, notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com
      Javier L. Merino    on behalf of Debtor Tomas Cruz, Jr. jmerino@dannlaw.com, notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com
      Michael A. Alfieri    on behalf of Creditor    Lynx Asset Services LLC vdumani@malfierilaw.com
      Michael A. Alfieri    on behalf of Loss Mitigation    Lynx Asset Services, LLC vdumani@malfierilaw.com
      Michael E. Blaine    on behalf of Creditor    TD Auto Finance LLC mblaine@schillerknapp.com, tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;jcollen@schillerknapp.com

                                                                                                                            TOTAL: 9