| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>The Law Office of Michael A. Alfieri<br>NJ ID: 005021989<br>30 Freneau Ave, Matawan, NJ 07747<br>Matawan, NJ 07747<br>Attorney for Secured Creditor, Lynx Asset Services LLC<br>M.A. - 4945 | Order Filed on June 6, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Tomas Cruz, Jr.<br>Dania Maria Cruz<br>290 Prospect Avenue<br>Avenel, NJ 07001 | Case No.: 16-30154-CMG<br><br>Chapter: 7<br><br>Hearing Date: May 16, 2017<br><br>Judge: Christine M. Gravelle |

## ORDER VACATING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 6, 2017**

_Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2

Debtor: TOMAS CRUZ, JR. and DANIA MARIA CRUZ
CAPTION OF ORDER: ORDER VACATING STAY
----------------------------------------------------------

Upon the motion of LYNX ASSET SERVICES LLC the Secured Creditor, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

IT IS HEREBY ORDERED

1. The automatic stay of Bankruptcy Code section 362(a) is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage held by the movant upon the following:

__X__    Land and premises commonly known as

**290 Prospect Avenue, Avenel, NJ 07001**

_____    Personal property more fully described as:

IT IS FURTHER ORDERED THAT the movant may join the debtor(s) in this case as defendants in its foreclosure action irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any party who entered an appearance on the motion.

Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

Page 3

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____, 2017, I mailed a copy of the foregoing order to each of the following:

James J. Waldron, Clerk

BY:_____
Deputy Clerk