| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>The Law Office of Michael A. Alfieri<br>NJ ID: 005021989<br>30 Freneau Ave, Matawan, NJ 07747<br>Matawan, NJ 07747<br>Attorney for Secured Creditor, Lynx Asset Services LLC<br>M.A. - 4945 | Order Filed on June 6, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Tomas Cruz, Jr.<br>Dania Maria Cruz<br>290 Prospect Avenue<br>Avenel, NJ 07001 | Case No.: 16-30154-CMG<br><br>Chapter: 7<br><br>Hearing Date: May 16, 2017<br><br>Judge: Christine M. Gravelle |

## ORDER VACATING THE AUTOMATIC STAY

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 6, 2017**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2

    Debtor: TOMAS CRUZ, JR. and DANIA MARIA CRUZ
    CAPTION OF ORDER: ORDER VACATING STAY
--------------------------------------------------------

    Upon the motion of LYNX ASSET SERVICES LLC the Secured Creditor, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

IT IS HEREBY ORDERED

    1.    The automatic stay of Bankruptcy Code section 362(a) is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage held by the movant upon the following:

    __X__    Land and premises commonly known as

**290 Prospect Avenue, Avenel, NJ 07001**

    _____    Personal property more fully described as:

IT IS FURTHER ORDERED THAT the movant may join the debtor(s) in this case as defendants in its foreclosure action irrespective of any conversion to any other chapter of the Bankruptcy Code.

    The movant shall serve this order on the debtor, any trustee and any party who entered an appearance on the motion.

Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

Page 3

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____, 2017, I mailed a copy of the foregoing order to each of the following:

James J. Waldron, Clerk

BY:_____
Deputy Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Tomas Cruz, Jr.
Dania Maria Cruz
        Debtors

Case No. 16-30154-CMG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jun 06, 2017
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2017.
db/jdb        +Tomas Cruz, Jr.,   Dania Maria Cruz,   290 Prospect Avenue,   Avenel, NJ 07001-1157

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2017                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2017 at the address(es) listed below:
         Bunce Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,   NJ09@ecfcbis.com,
          maraujo@atkinsondebartolo.org
         Bunce Atkinson    bunceatkinson@aol.com,   NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
         Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Eamonn O'Hagan    on behalf of Creditor    IRS-DEPARTMENT OF TREASURY eamonn.ohagan@usdoj.gov
         Javier L. Merino    on behalf of Debtor Tomas  Cruz, Jr. jmerino@dannlaw.com,
          notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com
         Javier L. Merino    on behalf of Joint Debtor Dania Maria Cruz jmerino@dannlaw.com,
          notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com
         Michael A. Alfieri    on behalf of Loss Mitigation    Lynx Asset Services, LLC
          vdumani@malfierilaw.com
         Michael A. Alfieri    on behalf of Creditor    Lynx Asset Services LLC vdumani@malfierilaw.com
         Michael E. Blaine    on behalf of Creditor    TD Auto Finance LLC mblaine@schillerknapp.com,
          tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;jcollen@schillerknapp.com
                                                                                            TOTAL: 9