Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−30154−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Tomas Cruz Jr. | Dania Maria Cruz |
| 290 Prospect Avenue | 290 Prospect Avenue |
| Avenel, NJ 07001 | Avenel, NJ 07001 |

Social Security No.:
  xxx−xx−1290                                     xxx−xx−2000

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Bunce Atkinson is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: September 25, 2017

Christine M. Gravelle
Judge, United States Bankruptcy Court